## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR396 |
| | ) | |
| KELSEY L. PETERSON, | ) | AMENDED TRIAL ORDER |
| | ) | |
| Defendant. | ) | |

As discussed during the April 18, 2008 hearing,

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, July 8, 2008 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Counsel for the United States shall confer with defense counsel and, no later than **June 25, 2008**, advise the court of the anticipated length of trial.

**DATED April 21, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**